UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL GARCIA, Plaintiff, v. CALIFORNIA STATE CONGRESS, Defendant. | No. 2:26-cv-02433-TLN-CKD (PS) ORDER AND FINDINGS AND RECOMMENDATIONS |

This action was referred to the undersigned by Local Rule 302(c)(21). See 28 U.S.C. § 636(b)(1). A pro se complaint filed by plaintiff Michael Garcia is before the court for screening. (ECF No. 1) Plaintiff also filed an application to proceed in forma pauperis. (ECF No. 2.) Plaintiff's application makes the showing required by 28 U.S.C. § 1915. The court grants plaintiff leave to proceed in forma pauperis ("IFP"). For the reasons set forth below, the complaint should be dismissed without leave to amend.

## I. Screening Requirement

Pursuant to 28 U.S.C. § 1915(e), the court must screen every in forma pauperis proceeding, and must order dismissal of the case if it is "frivolous or malicious," "fails to state a claim on which relief may be granted," or "seeks monetary relief against a defendant who is immune from such relief." 28 U.S.C. § 1915(e)(2)(B); Lopez v. Smith, 203 F.3d 1122, 1126-27 (2000).

## II. The Complaint Must be Dismissed

Plaintiff's complaint does not contain a short and plain statement of a claim as required by Fed. R. Civ. P. 8(a)(2). The complaint does not contain any specific factual allegations, and instead, merely lists Constitutional Amendments and vague references such as the following: ADA violations, hate crimes, civil rights violation, oppression, and taxation without representation. (ECF No. 1 at 4-5.) Although the Federal Rules adopt a flexible pleading policy, even a pro se litigant's complaint must give fair notice and state the elements of a claim plainly and succinctly. Jones v. Community Redev. Agency, 733 F.2d 646, 649 (9th Cir. 1984).

Moreover, the only named defendant, the United States Congress, is immune from suit. As plaintiff was informed by the court in another case he recently filed in this district, "[a]bsolute immunity has been "granted to 'the President, judges, prosecutors, witnesses, and officials performing 'quasi-judicial' functions, *and legislators*.'" Garcia v. Trump, No. 2:26-CV-3480-DC-JDP (PS), 2026 WL 3041533, at *1 (E.D. Cal. Oct. 9, 2026) (emphasis added) (noting also that "since June 2026, plaintiff has filed at least 20 actions in this District"). Specifically, relevant here, the Speech and Debate Clause of the United States Constitution provides members of Congress absolute immunity from suit for any claim that is based on their legislative activities. See U.S. Const., art. I, § 6, cl. 1; Eastland v. U. S. Servicemen's Fund, 421 U.S. 491, 501 (1975).

Plaintiff's complaint does not allege harm from any non-legislative activities by Congress. Accordingly, defendant is immune from suit and the complaint should be dismissed without leave to amend. See Lopez v. Smith, 203 F.3d 1122, 1129 (9th Cir. 2000) ("district courts are only required to grant leave to amend if a complaint can possibly be saved. Courts are not required to grant leave to amend if a complaint lacks merit entirely").

## III. Order and Recommendation

In accordance with the above, IT IS ORDERED that plaintiff's motion to proceed in forma pauperis (ECF No. 2) is GRANTED.

////

////

////

In addition, IT IS RECOMMENDED as follows:

1. Plaintiff's complaint be dismissed without leave to amend.

2. The Clerk of the Court be directed to close this case.

These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l). Within fourteen days after being served with these findings and recommendations, any party may file written objections with the court and serve a copy on all parties. Such a document should be captioned "Objections to Magistrate Judge's Findings and Recommendations." Failure to file objections within the specified time may waive the right to appeal the District Court's order. Martinez v. Ylst, 951 F.2d 1153 (9th Cir. 1991).

Dated: October 30, 2026

CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

8 garc26cv2433.scrn